IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARCHELLO JACKSON,

    Plaintiff,

v.                                          CASE NO.  4:11cv216-SPM/GRJ

EDWIN BUSS, et al.,

    Defendants.

_____/

## **ORDER**

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated February 6, 2012 (doc. 27).  Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.  Accordingly, it is hereby ORDERED as follows:

    1.    The magistrate judge's report and recommendation (doc. 27) is ADOPTED and incorporated by reference in this order.

    2.    This case is dismissed without prejudice based upon Plaintiff's notice of voluntary dismissal and Plaintiff's failure to comply with Court orders and failure to prosecute, which confirm that Plaintiff does not wish to pursue this

case.

       DONE AND ORDERED this 8th day of March, 2012.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              Senior United States District Judge